# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-cr-0311-RLH-GWF |
| vs. | ) | **O R D E R** |
| ARMEN PALIKYAN, *et al.*, | ) | |
| Defendant. | ) | |

      Before this Court is the Order and Recommendations of United States Magistrate Judge (#222, filed March 17, 2010), entered by the Honorable George W. Foley regarding Defendant Dosunkulov's Motions for Joinder (##220, 221, filed filed February 23, 2010). No objection was filed to Magistrate Judge Foley's Order and Recommendations of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendations of Magistrate Judge Foley should be accepted and adopted.

      IT IS THEREFORE ORDERED that Magistrate Judge Foley's Order and Recommendations (#222) is ACCEPTED and ADOPTED, the joinders are granted and Defendant Dosunkulov's Motion to Dismiss All Counts For Investigation Resulting in a Due Process Violation pursuant to Joinder is denied.

      Dated:   April 7, 2010.

                                      ROGER L. HUNT
                                      Chief U.S. District Judge